IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-CR-64

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>)<br>) |
| v. | ) **ORDER** |
| WILLIAM CODY ELDER, MICHAEL WAYNE LITTLE, | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**BEFORE THE COURT** is the Government's Motion to Dismiss, without prejudice, the charges against Defendants (1) William Cody Elder and (2) Michael Wayne Little. (Doc. 43). The Motion is **GRANTED** for the grounds stated therein. The charges are dismissed against these respective Defendants without prejudice.

**SO ORDERED.**

Signed: December 8, 2015

Richard L. Voorhees
United States District Judge